# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNIL KUMAR RAMINENI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-1436 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| KIRSTJEN NIELSEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER DISMISSING CASE

Consistent with the Order to Show Cause dated October 16, 2019 (Doc. 16), to which Plaintiff has not timely responded, this case will be dismissed pursuant to <u>Poulis v. State Farm Fire & Cas. Co.</u>, 747 F.2d 863 (3d Cir. 1984). Specifically, dismissal is warranted under the <u>Poulis</u> factors regarding Plaintiff's personal responsibility; his failure to demonstrate excusable neglect; and the lack of effective, alternative sanctions. *Id.* at 868.

For these reasons, and consistent with the express terms of the October 16th Order, the above-captioned case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


October 31, 2019                                    s\Cathy Bissoon
                                                            Cathy Bissoon
                                                            United States District Judge


cc (via First-Class U.S. Mail):

Sunil Kumar Ramineni
6112 Sanlin Dr., Apt. 6112
Coraopolis, PA  15108